MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ROSE YANG,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00759-BAM<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from March 4, 2019 to **April 9, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel has the flu and was out of the office last week and continues to be out as of the current filing deadline, on sick leave. Counsel also has over 80+ active social security matters, which require two or more dispositive motions per week until mid-April. As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good

Case No. 1:18-cv-00759-BAM

1

faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as she has been out on sick and personal leave.

Respectfully submitted,

Dated: March 4, 2019  /s/ *Lawrence Rohlfing
(*as authorized by email on 3/4/19)
LAWRENCE ROHLFING
Attorney for Plaintiff

Dated: March 4, 2019  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Opening Brief is GRANTED. Defendant's responsive brief shall be filed on or before April 9, 2019. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **March 5, 2019**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Case No. 1:18-cv-00759-BAM

2